UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Josefina Becerra Hernandez, individually and as Trustee for the heirs and next of kin of Felipe Lopez Hernandez, deceased,

Plaintiff,

v.

Terry Alan Flor, Central Landscaping, Inc., Central Turf Farms, Rehbein Excavating,

Defendants.

Civ. File No. 01-183 (PAM/JGL)

**ORDER**

---

This matter is before the Court on Plaintiff's request for a temporary restraining order to prevent the destruction of evidence in this wrongful death case. Based on the arguments presented by the parties, the Court will grant the request. Plaintiff has also sought an order for the appointment of a trustee in the case. Because the Hennepin County court previously appointed a trustee, that motion is withdrawn as moot.

Accordingly, upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Appointment of Trustee (Clerk Doc. No. 2) is **WITHDRAWN** as moot;

2. Plaintiff's Motion for a Temporary Restraining Order (Clerk Doc. No. 4) is **GRANTED**;

FILED FEB 09 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

3. Defendants are **RESTRAINED** from destroying, moving, or otherwise disposing of the trailer home until June 30, 2001, or such other time as the parties may agree; and

4. Within 30 days from the date of this Order, Plaintiff shall post a bond in the amount of $1,000 to secure this Restraining Order. In lieu of a bond, Plaintiff may post cash or its equivalent with the Clerk of Court.

Dated: February 9, 2001

Paul A. Magnuson
United States District Court Judge