240718

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-CV-183 **Case Title:** Josefina Becerra Hernandez v. Terry Flor et al.

**Affidavit of Movant**

I, Keith A. Hanson, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice J. Michael Moore, an attorney admitted to practice in the state of Texas District of ______, but not admitted to the bar of this court, who will be counsel for the (X)plaintiff ( )defendant plaintiff in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

[signature] Signature | #40927 MN Attorney License # | 2/2/01 Date

**Affidavit of Proposed Admittee**

I, J. Michael Moore, am currently a member in good standing of the U.S. District Court for the Southern District of Texas, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

J. Michael Moore
Type/Print Name

[signature] Signature | 2/8/01 Date

Attorney License Number: #14349550

Law Firm Name & Address: Guerra & Moore, LLP
4201 North McColl Rd., McAllen, Texas 78504

Telephone: (956) -618-3000

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk

JUN 13 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED JUN 13 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______