UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JOSEFINA BECERRA HERNANDEZ, individually and as Trustee for the Estate of Felipe Ledesma Cruz, deceased and for Rebecca Ledesma Becerra,

Plaintiff,

vs.

TERRY ALAN FLOR; REHBEIN EXCAVATING, INC.; GLEN REHBEIN, CENTRAL LANDSCAPING, INC., CENTRAL TURF FARMS, CHAMPION ENTERPRISES,

Defendants.

CASE TYPE: WRONGFUL DEATH
CASE NO.: 01-CV-183 PAM/JGL

**PARTIAL STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND ORDER FOR PARTIAL DISMISSAL**

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel, that plaintiffs Josefina Becerra Hernandez, individually and as Trustee for the Estate of Felipe Ledesma Cruz, deceased and for Rebecca Ledesma Becerra's claims against defendant Champion Enterprises, Inc. are hereby dismissed without prejudice and without further cost to any of the parties hereto.

**IT IS FURTHER STIPULATED AND AGREED** that any party, without notice to another, may cause judgment of dismissal without prejudice to be entered herein.

Dated: 9/19/01

Keith A. Hanson #40927
Attorney for Plaintiffs
Keith A. Hanson Law Firm LLC
19 E. St. Albans Road
Hopkins, MN 55305
(952) 945-5220

FILED OCT 01 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD OCT 01 2001
DEPUTY CLERK

and

J. Michael Moore
Guerra & Moore, LLP
4201 N. McColl
McAllen, TX 78504
(956) 618-3000

Dated: 8-5-01

Scott B. Lundquist
Scott B. Lundquist #143510
Attorney for Defendant Terry Alan Flor
Lundquist Law Offices
1012 Grain Exchange Bldg.
Minneapolis, MN 55415
(612) 332-0351

Dated:_______________

Mark R. Vargo #_______________
Attorney for Defendant Glenn Rehbein Companies
8651 Naples St. N.E.
Blaine, MN 55449
(763) 784-0657

Dated: August 7, 2001

Lisa R. Griebel
Lisa R. Griebel #212489
Attorney for Defendants Central Landscaping, Inc.
and Central Turf Farms
Terhaar, Archibald, Pfefferle & Griebel, LLP
300 First Ave. N., #220
Minneapolis, MN 55401
(612) 573-3004

Dated: 8/1/01

Michael D. Hutchens #167812
Attorney for Defendant Champion Enterprises, Inc.
Meagher & Geer, P.L.L.P.
4200 Multifoods Tower
Minneapolis, MN 55402
(612) 338-0661

**ORDER FOR PARTIAL DISMISSAL**

Based upon the foregoing Partial Stipulation for Dismissal without Prejudice entered into by the parties and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED:** That plaintiffs Josefina Becerra Hernandez, individually and as Trustee for the Estate of Felipe Ledesma Cruz, deceased and for Rebecca Ledesma Becerra's claims against defendant Champion Enterprises, Inc. are hereby dismissed without prejudice and without cost to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Magistrate Judge Jonathan Lebedoff

Dated: September 28, 2001

/900488.1