UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOSEFINA BECERRA HERNANDEZ, Individually and as Trustee for the Estate of Felipe Ledesma Cruz, deceased and for Rebecca Ledesma Becerra,

Plaintiff,

vs.

TERRY ALAN FLOR; REHBEIN EXCAVATING, INC; GLEN REHBEIN, CENTRAL LANDSCAPING, INC., CENTRAL TURF FARMS; CHAMPION HOME BUILDERS CO.,

Defendants.

CASE TYPE: WRONGFUL DEATH
CASE NO.: 01-CV-183 PAM/JGL

ORDER

WHEREAS, on or about March 6, 2001, plaintiffs' deposited $1,000.00 with the clerk in compliance with the Court Order of February 9, 2001, granting a temporary restraining order to preserve the trailer home until June 30, 2001; and

WHEREAS, after June 30, 2001, the trailer home has been preserved pursuant to agreement among counsel; and

WHEREAS, there have been no claims made for any portion of the $1000.00 and no objection has been filed to the return of the $1,000.00;

IT IS ORDERED:

The $1,000.00 is to be refunded to plaintiffs' counsel.

DATED, this 16th day of November, 2001.

Judge of District Court

NOV 19 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK