UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CASE TYPE: TORT/WRONGFUL DEATH

JOSEFINA BECERRA HERNANDEZ, individually and as Trustee for the Estate of Felipe Ledesma Cruz, deceased and for Rebecca Ledesma Becerra

Court File No.: 01-CV-183 PAM/JGL

Plaintiff,

vs.

TERRY ALAN FLOR; CENTRAL LANDSCAPING, INC., CENTRAL TURF FARMS and CHAMPION HOME BUILDERS CO.

Defendants.

**ORDER GRANTING MOTION TO COMPEL AND REVISED PRETRIAL ORDER**

Defendants Central Turf Farms' and Central Lanscaping, Inc.'s Motion to Exclude Expert Testimony or in the alternative Motion to Compel Plaintiff to Supplement Expert Disclosures was heard before The Honorable Jonathan Lebedoff, United States Magistrate Judge, on February 26, 2002 at 8:30 a.m. Lisa R. Griebel, Esq., Terhaar, Archibald, Pfefferle & Griebel, L.L.P., 300 First Avenue North, Suite 220, Minneapolis, Minnesota 55401, appeared on behalf of Defendants Central Turf Farms and Central Lanscaping, Inc., J. Michael Moore, Esq., Guerra & Moore, 4201 North McColl, McAllen, Texas 78504, appeared by telephone on behalf of Plaintiff Josefina Becerra Hernandez. James P. Young, Esq., Lundquist Law Offices, 1012 Grain Exchange Building, 400 South Fourth Street, Minneapolis, Minnesota 55415, appeared on behalf of Defendant Terry Flor. Rob A. Stefanowicz, Esq., Meagher & Geer, 4200 Multifoods, Tower, Minneapolis, Minnesota, 55402, appeared on behalf of Defendant Champion Home Builders.

FILED FEB 27 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Based on the court filings, and the written and oral arguments of counsel, the Court hereby makes the following Order:

1. That Defendants Central Turf Farms and Central Landscaping, Inc.'s Motion to Exclude Expert Testimony is hereby denied;

2. That Defendants Central Turf Farms and Central Landscaping, Inc.'s Motion to Compel Plaintiff to Supplement Expert Disclosures is hereby granted;

3. That the Pretrial Order, dated June 4, 2001, is hereby Revised, and that the following schedule shall control pre-trial proceedings in this case:

a. Plaintiff shall supplement her expert disclosure of Daniel Rothenberg in accordance with Rule 26(a)(2)(B), including report, by March 28, 2002;

b. Defendants shall disclose all expert witnesses, including reports, by April 29, 2002;

c. The period during which the parties may seek discovery shall be completed by June 1, 2002;

d. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to June 1, 2002;

e. All dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to July 1, 2002; and

f. This case will be considered "ready for trial" as of August 1, 2002.

**IT IS SO ORDERED.**

Dated: Feb. 26, 2002

Honorable Jonathan Lebedoff
United State Magistrate Judge