UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CASE TYPE: TORT/WRONGFUL DEATH

JOSEFINA BECERRA HERNANDEZ, individually and as Trustee for the Estate of Felipe Ledesma Cruz, deceased and for Rebecca Ledesma Becerra,

Plaintiffs,

Court File No. 01-CV-183 PAM/RLE

vs.

**ORDER GRANTING REVISED PRETRIAL ORDER**

TERRY ALAN FLOR,
CENTRAL LANDSCAPING, INC.;
CENTRAL TURF FARMS, and
CHAMPION HOME BUILDERS,

Defendants.

Defendant Terry Flor's Motion to Revise the Pretrial Order was heard before the Honorable Jonathan Lebedoff, United States Magistrate Judge on June 25, 2002 at 9:00 a.m. Keith Hanson, Esq., 19 E St. Albans Road Hopkins, MN 55305 appeared on behalf of the Plaintiff Josefina Becerra Hernandez; Sean Mickelson, Esq., of Terhar, Archibald, Pfefferle & Griebel, 300 First Ave N, Suite 220 Minneapolis, MN 55401 appeared on behalf of Defendant Central Turf Farms and Central Landscaping ; Rob Stefonowicz, Esq., of Meagher & Geer, PLLP, 33 S Sixth Street, Suite 4200, Minneapolis, MN 55402 appeared on behalf of Defendant Champion Home Builders; and Scott Lundquist, Esq., of Lundquist Law Offices, 400 S Fourth Street, Suite 1012, Minneapolis, MN 55415 appeared on behalf of Defendant Terry Alan Flor.

Based upon the court's filings and the written and oral arguments of counsel, the Court hereby makes the following Order:

JUN 28 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1. That defendant Flor's motion to revise the pretrial order is granted only as it relates to the following deadlines:

2. **Discovery.** That defendants may take plaintiff's deposition and conduct other discovery directly related to her deposition. Plaintiff may take depositions of the occupants of the mobile home fire, which must be scheduled forthwith. No other discovery should occur unless it is by consent of all parties or further order.

3. This case shall be considered **"ready for trial"** as of **September 1, 2002**.

4. All **dispositive motions** must be noticed, serve and filed in accordance with local rules prior to **August 1, 2002.**

**IT IS SO ORDERED:**

Dated: June 28, 2002

The Honorable Jonathan Lebedoff
United States Magistrate Judge