UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**NOTICE OF CIVIL CASES FOR TRIAL**

The following civil actions are set for trial before Judge Paul A. Magnuson at the U.S. Courthouse, Courtroom #1, Seventh Floor, 316 North Robert St., St. Paul, Minnesota. These cases are scheduled for trial on and after **January 2, 2003 @ 9:00 A.M.** The cases are listed in the order in which they are expected to be tried. Be aware, however, that your case may be called out of order, and that criminal trials take precedence over civil trials. **DO NOT REPORT UNTIL NOTIFIED BY THE CALENDAR CLERK.**

Counsel have the responsibility to stay in contact with other counsel as to the progress of all cases which are scheduled ahead of theirs. For the convenience of counsel, the names and telephone numbers of counsel in all cases are listed on the attached calendar. Your case will be tried as soon as possible and should be kept on a "**ready**" basis.

Counsel are directed to Local Rules for the District of Minnesota, specifically, Rule 39 regarding Trial Practice. Please submit pretrial materials pursuant to Trial Preparation Order. If Trial Preparation Order is not filed in your case, submit an **original and two copies** of pretrial materials referred to in Rule 39 to the Clerk of Court, Room 700, 316 North Robert St., St. Paul, Minnesota, 55101, by the close of business, Wednesday, December 18, 2002. Counsel **MUST PREMARK ALL EXHIBITS** to be used or introduced at trial in the manner indicated in Rule 39. Blank exhibit lists are attached for your convenience and must be used when compiling your exhibit lists. (If trial materials already submitted, disregard)

Questions regarding the calendar may be directed to Suzanne M. Ruiz, Calendar Clerk to Judge Magnuson, 708 Federal Building, 316 North Robert St., St. Paul, Minnesota, 55101, (651) 848-1156.

Dated: November 25, 2002

Suzanne M. Ruiz
Calendar Clerk to Judge Magnuson

NOV 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

# CIVIL TRIAL CALENDAR BEFORE JUDGE MAGNUSON

| | | |
|---|---|---|
| 1. | Allianz Life Insurance Co.<br><br>v. Civil 01-480 PAM/RLE<br><br>Thomas G. Brown | <u>JURY TRIAL</u><br><br>RE: Diversity/Fraud<br><br>ELOT: 5 Days |
| | FOR PLAINTIFF: Timothy Kellyns<br>Jennifer Frisch | 349-6171 (612) |
| | FOR DEFENDANT: John Wackman<br>Lawrence Greengrass<br>William Wilson | 340-7951 (612)<br>804-4200 (212)<br>242-2050 (973) |
| 2. | Victoria L. Sura<br><br>v. Civil 01-1344 PAM/RLE<br><br>Stearns Bank, National Association, et al., | <u>JURY TRIAL</u><br><br>RE: Job Discrimination<br><br>ELOT: 4 Days |
| | FOR PLAINTIFF: William Eagan | 836-2770 (952) |
| | FOR DEFENDANT: Robert Atmore<br>Rueben Mjaanes | 371-3211 (612) |
| 3. | Josefina Becerra Hernandez<br><br>v. Civil 01-183 PAM/RLE<br><br>Terry Alan Flor, et al., | <u>JURY TRIAL</u><br><br>RE: Wrongful Death<br><br>ELOT: 2 or 3 Days |
| | FOR PLAINTIFF: Keith Hanson<br>J. Michael Moore | 945-5220 (952)<br>618-3000 (956) |
| | FOR DEFENDANT: Barry L. Blomquist<br>Scott B. Lundquist<br>Lisa Griebel<br>Michael Hutchens | 674-8381 (651)<br>332-0351 (612)<br>573-3000 (612)<br>338-0661 (612) |