UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Josefina Becerra Hernandez, individually and as Trustee for the Estate of Felipe Ledesma Cruz, deceased and for Rebecca Ledesma Becerra,

Plaintiffs,

vs. SETTLEMENT CONFERENCE ORDER

Terry Alan Flor, Central Landscaping, Inc., Central Turf Farms, and Champion Home Builders,

Defendants. Civ. No. 01-183(PAM/RLE)

* * * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 2nd day of December, 2002.

* * *

The Settlement Conference in the above-entitled matter is set for **Friday, December 27, 2002, at 10:00 o'clock a.m.,** before Magistrate Judge Raymond L. Erickson, in Court Room No. 12W, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, according to the following terms:

1. Counsel who will try the case and a representative of each party with full authority to enter into a compromise settlement agreement **must** attend the Settlement Conference.

104

FILED DEC 02 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK MJ

2. At the Conference, counsel for each party shall be prepared to present a 20 minute summation, with such demonstrative aids as desired, of the factual and legal grounds upon which their respective client is entitled to a Jury Verdict and to the entry of Judgment on that Verdict. Following the Summary Trial to the Court, the parties shall engage in a Court-assisted Mediation. **Counsel, the parties, and their representatives, should be prepared to expend the remainder of the day in the conduct of the Settlement Conference.**

3. The Settlement Conference will also address all matters contemplated by Rule 16, Federal Rules of Civil Procedure, and a continuance of the Conference will only be granted for good cause shown upon **formal Motion** served and filed in accordance with the Federal Rules of Civil Procedure and the Local Rules.

4. Counsel's attention is drawn to Rule 16(f), Federal Rules of Civil Procedure.

5. Please contact the undersigned's scheduling clerk, Victoria L. Miller, 218-529-3520, **immediately** if this case has settled.

BY THE COURT:

Raymond L. Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE