UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Josefina Becerra Hernandez, individually and as Trustee for the estate of Felipe Ledesma Cruz, deceased, and for Rebecca Ledesma Becerra,

Plaintiff,

v.

Central Turf Farms,

Defendants.

Civ. File No. 01-0183 (PAM/RLE)

**MEMORANDUM AND ORDER**

---

Defendant Champion Home Builders Co. ("Champion") filed a Motion in Limine to Exclude the Computational Fluid Dynamics Fire Modeling on January 14, 2003. Subsequently, Champion settled its case with Plaintiffs. Accordingly, **IT IS HEREBY ORDERED** that the Motion is **DENIED** as moot.

Dated: January 20, 2003

Paul A. Magnuson
United States District Court Judge

FILED JAN 21 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______