**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**CASE TYPE: TORT/WRONGFUL DEATH**

---

JOSEFINA BECERRA HERNANDEZ, individually and as Trustee for the Estate of Felipe Ledesma Cruz, deceased and for Rebecca Ledesma Becerra

Plaintiff,

vs.

TERRY ALAN FLOR; CENTRAL TURF FARMS; and CHAMPION HOME BUILDERS CO.,

Defendants.

Court File No.: 01-CV-183 PAM/RLE

**STIPULATION FOR PARTIAL DISMISSAL**

---

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned parties, that the claims in the above-entitled action against Defendant Central Turf Farms may be dismissed with prejudice and on the merits, but without further cost to the parties hereto.

IT IS FURTHER STIPULATED AND AGREED that this partial dismissal does not apply to the claims of any other party besides Defendant Central Turf Farms against any other of the above-listed parties, which claims are reserved to Plaintiff or the claiming party.

IT IS FURTHER STIPULATED, that without further notice, the Clerk and/or Court Administrator of the above-named Court may enter a judgment of partial dismissal with prejudice in accordance with this Stipulation and upon the merits and without costs and

FILED FEB 10 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

disbursements to any of the parties in accordance with the language of this Stipulation.

Dated: 2/7/03

TERHAAR, ARCHIBALD, PFEFFERLE & GRIEBEL, LLP

Lisa R. Griebel, #212489
Sean J. Mickelson, #304554
300 First Avenue North, Suite 220
Minneapolis, MN 55401
612/573-3000

*Attorneys for Defendant Central Turf Farms*

Dated: 2/4/03

KEITH A. HANSON LAW FIRM

Keith A. Hanson, #40927
19 E. St. Albans Road
Hopkins, MN 55305
952/945-5220

*Attorneys for Plaintiff Josefina Becerra Hernandez, Individually and as Trustee for the Estate of Felipe Ledesma Cruz, deceased and for Rebecca Ledesma Becerra*

**ORDER APPROVING STIPULATION FOR PARTIAL DISMISSAL**

IT IS HEREBY ORDERED that judgment be entered in accordance with the foregoing Stipulation of Partial Dismissal. The Clerk is directed to enter judgment of partial dismissal forthwith.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: Feby. 8, 2003

The Honorable Paul A. Magnuson
United States District Court Judge