**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JOSEFINA BECERRA HERNANDEZ, individually and as Trustee for the Estate of Felipe Ledesma Cruz, deceased and for Rebecca Ledesma Becerra,

Plaintiff,

vs.

TERRY ALAN FLOR; REHBEIN EXCAVATING, INC.; GLEN REHBEIN, CENTRAL LANDSCAPING, INC., CENTRAL TURF FARMS, CHAMPION HOME BUILDERS CO.,

Defendants.

**Court File No.: 01-CV-183 PAM/RLE**
**Case Type: Wrongful Death**

**STIPULATION AND ORDER FOR PARTIAL DISMISSAL**

---

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that the claims in the above-entitled action against Defendant Champion Home Builders Co., may be dismissed with prejudice and on the merits, but without further costs to the parties hereto.

IT IS FURTHER STIPULATED AND AGREED that this partial dismissal applies only to Defendant Champion Home Builders Co, and does not apply to any other parties.

IT IS FURTHER STIPULATED AND AGREED that without further notice, the Clerk and/or Court Administrator of the above-named Court may enter a judgment of partial dismissal with prejudice in accordance with this Stipulation and upon the merits and without costs and disbursements to any of the parties in accordance with the language of this Stipulation.

FILED FEB 21 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD FEB 21 2003
DEPUTY CLERK

Dated: Feb. 18, 2003

**KEITH A. HANSON LAW FIRM**

Keith A. Hanson #40927
19 E. St. Albans Road
Hopkins, MN 55305
(952) 945-5220

J. Michael Moore
Guerra & Moore, LLP
4201 N. McColl
McAllen, TX 78504
(956) 618-3000

***Attorneys for Plaintiff Josefina Becerra Hernandez, Individually and as Trustee for the Estate of Felipe Ledesma Cruz, deceased and for Rebecca Ledesma Becerra***

Dated: Feb. 19, 2003

**MEAGHER & GEER, P.L.L.P.**

Michael D. Hutchens #167812
Rob A. Stefonowicz #297161
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

***Attorneys for Defendant Champion Home Builders Co.***

**ORDER APPROVING STIPULATION FOR PARTIAL DISMISSAL**

IT IS HEREBY ORDERED that judgment be entered in accordance with the foregoing Stipulation for Partial Dismissal. The Clerk is directed to enter judgment of partial dismissal forthwith.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: Feb 20, 2003

The Honorable Paul A. Magnuson
United States District Court Judge

1024228.1