**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**CASE TYPE: TORT/WRONGFUL DEATH**

---

JOSEFINA BECERRA HERNANDEZ, individually and as Trustee for the Estate of Felipe Ledesma Cruz, deceased and for Rebecca Ledesma Becerra,

Plaintiffs,

v.

TERRY ALAN FLOR, CENTRAL TURF FARMS and CHAMPION HOME BUILDERS,

Defendants.

Court File No: 01-CV-183 PAM/RLE

**STIPULATION AND ORDER FOR PARTIAL DISMISSAL**

---

The above-entitled action, including all claims, counterclaims, and crossclaims, having been fully, finally, and completely compromised and settled between plaintiff and defendant Terry Flor,

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective attorneys of record, that the same may be and hereby is dismissed with prejudice, on the merits and without costs and disbursements to any party, and that any party hereto may forthwith and without notice to any other party apply to the court pursuant to this stipulation for an order directing that judgment of dismissal with prejudice be entered accordingly.

FILED MAR 10 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAR 10 2003
DEPUTY CLERK

Dated: 3/1/03

**KEITH A. HANSON LAW FIRM**

By: [signature]
Keith A. Hanson, Esq., #40927
19 E. St. Albans Road
Hopkins, MN 55305
Telephone (952) 945-5220

ATTORNEYS FOR PLAINTIFF

Dated: 2-26-03

**LUNDQUIST LAW OFFICES**
**A Professional Association**

By: [signature]
Scott B. Lundquist, Esq., #143510
1012 Grain Exchange Bldg
400 South Fourth Street
Minneapolis MN 55415
Telephone: (612) 332-0351

ATTORNEY FOR DEFENDANT TERRY FLOR

**ORDER FOR JUDGMENT**

Upon the foregoing stipulation, IT IS HEREBY ORDERED that the clerk of this court is hereby ordered and directed to enter forthwith judgment dismissing the above-entitled action, including all claims, counterclaims, and crossclaims, with prejudice, on the merits and without costs and disbursements to any party.

Dated: March 7, 2003

[signature]
Judge of District Court